# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY ANN LONG, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-12-492-F |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | ) |
| Defendant. | ) |

# ORDER

On May 16, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended that the defendant's decision to deny plaintiff's application for disability insurance benefits under the Social Security Act be reversed and that the matter be remanded for further administrative proceedings. Magistrate Judge Erwin therein advised the parties of their right to object to the Report and Recommendation by May 30, 2013, and further advised the parties that failure to file a timely objection would result in a waiver of the right to appellate review.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on May 16, 2013 (doc. no. 17) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED May 31, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0492p002.wpd